JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　　　v.<br><br>BILLY EDWARD FREDERICK,<br>　　Defendant. | 2:21-cr-00340-DSF<br>2:25-cv-11248-DSF<br><br>JUDGMENT |

　　The Court having denied Defendant's motion under 28 U.S.C. § 2255,

　　IT IS ORDERED AND ADJUDGED that Defendant not receive the relief sought in the motion.

Date: December 10, 2025

_____
Dale S. Fischer
United States District Judge